UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-81615-CIV-RYSKAMP/VITUNAC

JEFFREY P. LAWSON,

    Plaintiff,

v.

KATHY ANN GARCIA-LAWSON,

    Defendants.
_____/

## ORDER OF TRANSFER

**GOOD CAUSE** appearing that a transfer of this case is appropriate due to its relation to lower-numbered Case No. 08-80865-MARRA/JOHNSON, and subject to the consent of the Honorable Kenneth A. Marra, it is hereby

**ORDERED AND ADJUDGED** that the above-styled matter is transferred to the calendar of Judge Marra for all further proceedings.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this __9__ day of November, 2009.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

2

After reviewing the Court file in the above numbered Cause, the undersigned hereby accepts the transfer of said case. Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings hereinafter filed shall bear the following case number, 09–CIV-81615-MARRA/JOHNSON, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

THE FOREGOING transfer is herewith accepted this 12th day of November, 2009.

                                                      KENNETH A. MARRA
                                                     UNITED STATES DISTRICT JUDGE