(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 9:09-81615-CIV

Jeffrey P. Lawson
_____

Plaintiff(s)

v.

Kathy A. Garcia-Lawson
_____

Defendant(s)

FILED by _____ D.C.

NOV 18 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### MOTION to RECUSE as PETITIONER
(TITLE OF DOCUMENT)

I, Jeffrey P. Lawson, plaintiff or defendant, in the above styled cause, come now to move to be recused from this case. I, Jeffrey P. Lawson, am the Petitioner/Husband in Case No 502005DR001269XXXXNB before the Family Division of the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida. Aforementioned case was filed on February 1, 2005 seeking Dissolution of Marriage from Kathy A. Garcia-Lawson, Respondent/Wife.

Kathy A. Garcia-Lawson filed the Notice of Removal with this court on October 30, 2009. Said Notice was filed on the eve of the latest Dissolution of Marriage Hearing scheduled before the Honorable Richard L. Oftedal on November 2nd and 3rd, 2009 and was filed without my knowledge and most certainly without my consent.

It is my position that this Notice of Removal was filed as yet another in a long series of frivolous motions and case filings intended solely to further delay and/or

(Rev. 10/2002) General Document

prevent the dissolution of marriage. The needless waste of this, and other, Courts' time and resources have been and continue to be considerable. The merit, or lack thereof, of Kathy A. Garcia-Lawson's position can stand on its own without my input. Therefore, I wish to have no part or standing in the case presently before this Court and respectfully request to be recused from same.

## Certificate of Service

I **Jeffrey P. Lawson**, certify that on this date **November 18, 2009** a true copy of the foregoing document was mailed to: **Kathy A. Garcia-Lawson**
name(s) and address(es)

**2620 Natures Way**

**Palm Beach Gardens, FL 33410**

By:
**Jeffrey P. Lawson**
Printed or typed name of Filer

**Jeffrey P. Lawson**
Signature of Filer

**pro se**
Florida Bar Number

**jpl53@comcast.net**
E-mail address

**(561) 951-1226**
Phone Number

Facsimile Number

**113 Ashley Ct.**
Street Address

**Jupiter FL 33458**
City, State, Zip Code