# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Steven M. Larimore**
Court Administrator • Clerk of Court

400 North Miami Avenue Room 8N09
Miami, Florida 33128-7716
(305) 523-5100

Date: November 23, 2009

Clerk of the Circuit and County Courts
15th Judicial Circuit of Florida
205 North Dixie Highway, Room 3.2300
West Palm Beach, FL  33401

RE:   Our case No.:   09cv81615-KAM
      Your case No.:  2005DR001269XXXXNB

Dear Sir:

Enclosed please find a certified copy of this Court's Order of Remand in the above referenced case.

Please acknowledge receipt of the above on the enclosed copy of this letter.

STEVEN M. LARIMORE
Clerk of Court


by:  s/Deloris McIntosh
     Deputy Clerk


Enclosures

❏ 400 N. Miami Ave.
  Room 8N09
  Miami, FL 33128
  (305) 523-5100

❏ 299 E. Broward Blvd.
  Room 108
  Ft. Lauderdale, FL 33301
  (954) 769-5400

❏ 701 Clematis Street
  Room 402
  West Palm Beach, FL 33401
  (561) 803-3400

❏ 300 South Sixth Street
  Fort Pierce, FL 34950
  (772) 467-2330

❏ 301 Simonton Street,
  Room 130
  Key West, FL 33040
  (305) 295-8100

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Steven M. Larimore
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09
Miami, Florida 33128-7716
(305) 523-5100

Date: __November 23, 2009__

Clerk of the Circuit and County Courts
15th Judicial Circuit of Florida
205 North Dixie Highway, Room 3.2300
West Palm Beach, FL  33401

RE:   Our case No.:   __09cv81615-KAM__
      Your case No.:  __2005DR001269XXXXNB__

Dear Sir:

Enclosed  please find a certified copy of this Court's Order of Remand in the above referenced case.

Please acknowledge receipt of the above on the enclosed copy of this letter.

STEVEN M. LARIMORE
Clerk of Court

by: __s/Deloris McIntosh__
      Deputy Clerk

Enclosures

CLERK'S ACKNOWLEDGMENT OF RECEIPT of :

Certified copy of order of remand

is hereby acknowledged. This case has been assigned our case number:

_____

by: _____, Deputy Clerk

on: _____

❏400 N. Miami Avenue
Room 8N09
Miami, FL 33128
(305) 523-5100

❏299 E. Broward Boulevard
Room 108
Ft. Lauderdale, FL 33301
(954) 769-5400

❏701 Clematis Street
Room 402
West Palm Beach, FL 33401
(561) 803-3400

❏300 South Sixth Street
Fort Pierce, FL 34950
(772) 467-2300

❏301 Simonton Street
Room 130
Key West, FL 33040
(305) 295-8100