FILING FEE
PAID $ 455.00
In Forma Pauperis 726714
Steven M. Larimore, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH COUNTY

JEFFREY P. LAWSON,
Plaintiff,

v.                          CASE NO. 09-81615-CIV-MARRA/JOHNSON

KATHY A. GARCIA-LAWSON,
Defendant.
_____/

## NOTICE of APPEAL for 28 U.S.C. §1447(d)

To the Honorable Judge Kenneth A. Marra and
The Honorable Clerk of the United States District Court, Southern District of Florida:

Removing Respondent (Defendant) Kathy Ann Garcia-Lawson files this notice of appeal from the United States District Court to the 11th Circuit Court of Appeals of the remand of her case removed to this court pursuant to 28 U.S.C. §1443(1), as allowed by 28 U.S.C. §1447(d), which states:

> (d) An order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise, except that an order remanding a case to the State court from which it was removed pursuant to section 1443 of this title [28 USCS § 1443] shall be reviewable by appeal or otherwise.

This Notice is Timely because Kathy Ann Garcia-Lawson filed her Rule 59(e) Motion on November 23, 2009, within less than ten days (former rules) of this Court's November 20, 2009, order of remand, and this Notice is filed within 30 days of November 23, 2009, to wit on December 22, 2009.

WHEREFORE THEN, Removing Respondent (Defendant) Kathy Ann Garcia-Lawson asks that this Honorable Court and District Clerk take notice of this appeal and that the clerk will prepare and transmit the same to the United States Court of Appeals for

the Eleventh Circuit in Atlanta. Removing Respondent (Defendant) will file a separate motion to reopen the time for appeals and for leave to file a consolidated appeal of this case and Case: 9:08-cv-80865-KAM, wherein Respondent (Defendant) herein Kathy Ann Garcia-Lawson was the Plaintiff.

Kathy Ann Garcia-Lawson submits that her two excursions into Federal Court form but part of a single course of litigation in which she has tried to obtain answers to questions regarding the relationship of constitutional law to family law in Florida. So far, both state and federal courts seem to say that Kathy Ann Garcia-Lawson must accept the status quo unquestioningly, passively, and meekly, or be sanctioned for her insouciance. The state and federal courts appear to concur that she has no constitutional rights to petition for any redress of grievances occasioned by the fact that by operation of the pervasive and explicit state law: Kathy Ann Garcia-Lawson's invocation of federally secured rights to freedom of religion and to protection of her private marital contract from state impairment will inevitably be denied by the very act of bringing the defendant to trial in the state court. *City of Greenwood v. Peacock*, 384 U.S. 808, 828, 86 S.Ct. 1800, 16 L.Ed.3d 944 (1966).

Respectfully submitted,

Tuesday, December 22, 2009

By: ___*Kathy A. Garcia - Lawson*___
Kathy Ann Garcia-Lawson, Ph.D., ***pro se***
2620 Nature's Way
Palm Beach Gardens, Florida 33410
Telephone: 561-624-8724

E-Mail: garcialawson@hotmail.com

CERTIFICATE OF FILING AND SERVICE

*Notice of Appeal of Order of Remand Pursuant to 28 U.S.C. §1447(d)*
*Tuesday, December 22, 2009*

2

I, the undersigned Respondent Kathy Ann Garcia-Lawson do hereby certify that I filed an original signed copy of the above-and-foregoing Notice of Appeal pursuant to 28 U.S.C. §1447(d) with BOTH the U.S. District Clerk for the Southern District of Florida in Palm Beach and the Palm Beach County Clerk of the Fifteenth Judicial Circuit Court and simultaneously served a true and correct copy of the same on each of the following known parties to the above entitled and numbered cause as follows:

> Clerk of 15th Judicial Circuit Court, Palm Beach County
> Palm Beach County Courthouse
> North County Courthouse
> 3188 PGA Boulevard
> Palm Beach Gardens, Florida 33401-4599

> Mr. Jeffrey P. Lawson
> c/o Steve Marchildon
> 113 Ashley Court
> Jupiter, Florida 33408

Respectfully signed, served, and submitted to the Courts on Tuesday, December 22, 2009, in Palm Beach Gardens, Florida 33410.

> By: *Kathy A. Garcia Laws* [signature]
> Dr. Kathy Ann Garcia-Lawson, Ph.D., *pro se*
> 2620 Nature's Way
> Palm Beach Gardens, Florida 33410
> Telephone: 561-624-8724
> E-Mail: garcialawson@hotmail.com