# UNITED STATES DISTRICT COURT
## Southern District of Florida

STEVEN M. LARIMORE
Clerk of Court

Appeal Section
305-523-5080

U.S. COURT OF APPEALS
RECEIVED CLERK
DEC 28 2009
ATLANTA, GA.

FILED by _____ D.C.
JAN - 6 2010
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

Date: December 22, 2009

09-16406DD

IN RE:   District Court No.:  09-81615-CV-KAM        U.S.C.A. No.: _____

Style:  JEFFREY P. LAWSON V. KATHY ANN GARCIA-LAWSON

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | Certified copy of Notice of Appeal, docket entries, judgment, opinion/order appealed from, enclosed. If opinion/order was oral, please check _____. |
| X | First Notice of Appeal:   YES |
|   | Date(s) of other notice(s): _____ |
|   | _____ volume(s) of pleadings;   _____ volume(s) of transcripts; |
|   | _____ volume(s) of exhibits/depositions; other: _____ |
| _____ | There was no hearing from which a transcript could be made. |
| _____ | Copy of CJA form appointing counsel enclosed. |
| _____ | The following materials were SEALED in this court (order enclosed): |
| X | The appellate docket fee has been paid   YES |
|   | Date paid  12/22/2009    Receipt No.  726714 |
| _____ | Appellant has been granted leave to appeal In Forma Pauperis (copy of order granting IFP is enclosed) |
| X | The Judge or Magistrate appealed from is:   KENNETH A. MARRA |
| X | The Court Reporter(s):   STEPHEN FRANKLIN |
| _____ | This is an appeal of a bankruptcy order. |
|   | Bankruptcy Judge: _____ |
| _____ | This is a DEATH PENALTY appeal. |

Sincerely,

Steven M. Larimore, Clerk of Court

By: _____
Maria Cruz, Deputy Clerk

c:   court file

| X 400 N. Miami Avenue Miami, FL 33128 305-523-5100 | ☐ 299 E. Broward Boulevard Room 108 Ft. Lauderdale, FL 33301 954-769-5400 | ☐ 701 Clematis Street Room 402 W. Palm Beach, FL 33401 561-803-3400 | ☐ 301 Simonton Street Room 130 Key West, FL 33040 305-295-8100 | ☐ 300 South Sixth Street Ft. Pierce, FL 34950 561-595-9691 |